# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D22-2783
LT Case No. 2016-CF-001052
_____

DARRYL WAYNE PATTERSON,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

On appeal from the Circuit Court for Hernando County.
Daniel B. Merritt, Jr., Judge.

Matthew J. Metz,, Public Defender, and Teresa D. Sutton,
Assistant Public Defender, Daytona Beach, for Appellant.

Darryl Wayne Patterson, Orlando, pro se.

Ashley Moody, Attorney General, Tallahassee, and Alyssa M.
Williams, Assistant Attorney General, Daytona Beach, for
Appellee.

January 9, 2024

PER CURIAM.

    AFFIRMED.

WALLIS, SOUD, and KILBANE, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____